# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENTEX HOMES, et al.,**<br><br>**Defendants.** | **CASE NO. 1:14-cv-992-LJO-BAM**<br><br>**ORDER TO VACATE HEARING WITH FILING OF AMENDED COMPLAINT**<br>**(Doc. 15)** |

On July 17, 2014, Defendants filed a motion to dismiss Plaintiffs' original complaint under Fed. R. Civ. P. 12(b)(6) and set an August 14, 2014 hearing.  On August 6, 2014, Plaintiffs filed their first amended complaint as a matter of course under Fed. R. Civ. P. 15(a)(1).  As such, this Court:

1.  VACATES the August 14, 2014 hearing in that the first amended complaint renders moot the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original complaint;

2.  DIRECTS the clerk to terminate the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original complaint (Doc. 8); and

3.  ORDERS Defendants, no later than August 28, 2014, to file and serve papers to respond to the first amended complaint.

This Court will take no further action on the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original complaint (Doc. 8).

IT IS SO ORDERED.

Dated:   **August 7, 2014**                    _____/s/ Lawrence J. O'Neill_
                                                          UNITED STATES DISTRICT JUDGE