# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00992-LJO-BAM<br><br>(Related to:<br>1:14-cv-00217-LJO-GSA;<br>1:14-cv-00244-LJO-GSA;<br>1:14-cv-00451-LJO-SKO;<br>1:14-cv-00452-LJO-GSA;<br>1:14-cv-00601-LJO-SAB;<br>1:14-cv-00826-LJO-GSA;<br>1:14-cv-01348-LJO-GSA; and<br>1:14-cv-01450-LJO-GSA)<br><br>**The Hon. Lawrence J. O'Neill**<br><br>**ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Trial Date:     Not set |

Pursuant to the Stipulation of all parties, Doc. 18, and good cause appearing, Plaintiffs may file a Second Amended Complaint on or before September 25, 2014, and Defendants responsive pleadings thereto will be filed on or before October 16, 2014.

IT IS SO ORDERED.

Dated:   **August 28, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE