**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jerry Wayne Howard, Esq. (SBN 108404)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jhoward@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:14-cv-00992 LJO BAM<br><br>**ORDER RE STIPULATION FOR TRAVELERS TO FILE THIRD AMENDED COMPLAINT** |

///

///

///

1

CASE NO.: 1:14-cv-00992 LJO BAM
ORDER FOR TRAVELERS TO FILE THIRD AMENDED COMPLAINT

# ORDER

The Court HEREBY ORDERS the following dates:

1. October 30, 2014, deadline for Plaintiffs TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA to file a Third Amended Complaint ("TAC"); and

2. December 1, 2014, deadline for Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION to respond to TAC.

IT IS SO ORDERED.

Dated:   **October 17, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE