**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jerry Wayne Howard, Esq. (SBN 108404)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jhoward@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>          Defendants. | ) Case No. 1:14-cv-00992 LJO GSA<br>)<br>) **ORDER RE STIPULATION FOR**<br>) **EXTENSION OF TIME FOR**<br>) **TRAVELERS TO FILE THIRD**<br>) **AMENDED COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

///

///

///

1

# **ORDER**

The Court HEREBY ORDERS the following dates:

1. November 6, 2014, deadline for Plaintiffs TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA to file a Third Amended Complaint ("TAC"); and

2. December 8, 2014, deadline for Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION to respond to TAC.

IT IS SO ORDERED.

Dated:   **October 31, 2014**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE